IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 007

| | | |
|---|---|---|
| DIAMOND FALLS ESTATES, LLC, SHIRLEY M. BUAFO and CHARLES K. BUAFO, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| V | ) ) | **ORDER** |
| NANTAHALA BANK & TRUST COMPANY, STEVE E. GRAVETT, EXCELL PARTNERS, LLC, and JOHN/JANE DOES, | ) ) ) ) ) | |
| Defendants/Counter-Plaintiffs. | ) | |

**THIS MATTER** is before the Court on Zeyland G. McKinney, Jr.'s Application for Admission to Practice *Pro Hac Vice* of John A. Moore. It appearing that John A. Moore is a member in good standing with the Georgia State Bar and will be appearing with Zeyland G. McKinney, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Zeyland G. McKinney, Jr.'s

Application for Admission to Practice *Pro Hac Vice* (#16) of John A. Moore is **GRANTED**, and that John A. Moore is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Zeyland G. McKinney, Jr.

Signed: April 16, 2014

Dennis L. Howell
United States Magistrate Judge