IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 07

| | |
|---|---|
| DIAMOND FALLS ESTATES, LLC, ) <br> SHIRLEY M. BUAFO and CHARLES K. ) <br> BUAFO, ) <br>   ) <br>   Plaintiffs/Counter-Defendants ) <br>   ) <br> **v** ) <br>   ) <br> NANTAHALA BANK & TRUST COMPANY, ) <br> STEVE E. GRAVETT, EXCELL PARTNERS, ) <br> LLC, and JOHN/JANE DOES, ) <br>   ) <br>   Defendants/Counter-Plaintiffs. ) | **ORDER** |

**THIS MATTER** is before the undersigned *sua sponte* regarding dissatisfaction of the parties with the Pretrial Order and Case Management Plan (#20) entered by this Court filed on April 23, 2014 and an Order (#28) granting an extension of time entered by this Court for the parties to produce expert reports entered on May 27, 2014. As a result of an examination of this file and various pleadings that have been filed, the undersigned will set a hearing before the Court for the purpose of discussing with the parties the Pretrial Order and Case Management Plan and any modifications that might be made thereto.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that all counsel for the Plaintiffs and all

1

counsel for the Defendants shall appear before the Court on **Wednesday, June 18, 2014 at 2:30 p.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina and for the Court then and there to hear from the parties regarding the Pretrial Order and Case Management Plan (#20) and the Order (#28) amending such plan entered by this Court. It is also further Ordered that the time for the filing of objections to the Order(#28) amending the Pretrial Order(#20) is extended until June 30, 2014.

Signed: June 6, 2014

Dennis L. Howell
United States Magistrate Judge