# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14cv7

| | |
|---|---|
| DIAMOND FALLS ESTATES, LLC, SHIRLEY M. BUAFO, and CHARLES K. BUAFO, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| NANTAHALA BANK & TRUST COMPANY, et al. ) ) ) ) | |
| Defendants. ) ) | |

Pending before the Court are the Motions for Extension of Time [# 87, # 88 & # 89]. Defendant Nantahala Bank & Trust Company ("Defendant") requests a brief extension of time to file a summary judgment motion and to respond to Plaintiffs' Motion for Partial Summary Judgment. Defendant's motion for summary judgment is currently due April 1, 2015. Plaintiffs object to the requested extension.

Upon a review of the record, the motions, and considering Plaintiffs' objections to the extension, the Court finds that Defendant has demonstrated good cause for granting the brief extension of time. The Court **GRANTS** the motions [# 87, # 88 & # 89]. Defendant shall have until April 10, 2015, to file its summary

-1-

judgment motion and to file a response to Plaintiffs' Motion for Partial Summary Judgment [# 77].

Signed: March 31, 2015

Dennis L. Howell
United States Magistrate Judge