## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:14cv7

|  |  |  |
|---|---|---|
| **DIAMOND FALLS ESTATES, LLC,** | ) | |
| **SHIRLEY M. BUAFO, and CHARLES** | ) | |
| **K. BUAFO,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NANTAHALA BANK & TRUST** | ) | |
| **COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Previously, the Court denied the Motion for Extension of Time to File

Daubert Motion.  (Order, Mar. 27, 2015.)  Defendant had requested a sixty day

extension of time until June 1, 2015, to file Daubert motions.  After consulting

with the District Court, the Court denied the motion.  The Court, however, will

allow the parties a brief extension until April 21, 2015, to file Daubert motions.

Signed: March 31, 2015

Dennis L. Howell
United States Magistrate Judge

-1-