IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:14-cv-00007-MR-DLH

| | |
|---|---|
| DIAMOND FALLS ESTATES, LLC, ) <br> SHIRLEY M. BUAFO, and CHARLES K. ) <br> BUAFO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NANTAHALA BANK & TRUST COMPANY, ) <br> STEVE E. GRAVETT, EXCELL PARTNERS, ) <br> LLC, LUXUR, INC., REALTY ) <br> ACQUISITIONS, LLC, and JOHN/JANE ) <br> DOES, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss All Claims by and against Steve E. Gravett, Excell Partners, LLC, Luxur, Inc., and Realty Acquisitions, LLC (collectively, "Gravett Defendants") [Doc. 94].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 94] is **GRANTED**, and all of the Plaintiffs' claims against the Gravett Defendants, and all of the counterclaims asserted by the Gravett Defendants against the Plaintiffs, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 14, 2015

Max O. Cogburn Jr.
United States District Judge