THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:14-cv-00007-MR-DLH

DIAMOND FALLS ESTATES, LLC, )
SHIRLEY M. BUAFO and CHARLES )
K. BUAFO, )
)
      Plaintiffs/ )
      Counter-Defendants, )
)
   vs. )
)
NANTAHALA BANK & TRUST )
COMPANY, STEVE E. GRAVETT, )
EXCELL PARTNERS, LLC, LUXUR, )
INC., REALTY ACQUISITIONS, LLC, )
and JOHN/JANE DOES, )
)
      Defendants/ )
      Counter-Plaintiffs. )
_____ )

## AMENDED JUDGMENT

For the reasons stated in the Memorandum of Decision and Order filed previously herein, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Partial Summary Judgment is **DENIED**, and Defendant Nantahala Bank & Trust Company's Motions for Summary Judgment on Nantahala's Counterclaims and the Plaintiffs' Third Amended Complaint are **GRANTED**. Judgment is hereby entered against

the Plaintiffs Diamond Falls Estates, LLC, Shirley M. Buafo, and Charles K. Buafo, jointly and severally, and in favor of the Defendant Nantahala Bank & Trust Company in the amount of $2,725,989.42 through and including March 27, 2015, with interest continuing to accrue at a rate of $366.53 per day beginning on March 28, 2015, and interest accruing at the legal rate after entry of the judgment, plus attorney fees in the amount of $128,977.47. The Plaintiffs' claims against the Defendant Nantahala Bank & Trust Company are hereby **DISMISSED WITH PREJUDICE**.

Signed: September 29, 2015

Martin Reidinger
United States District Judge